**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Charleston**

TRUSTEES OF THE WEST VIRGINIA
LABORERS' PENSION TRUST FUND, et al.
                Plaintiffs,

v.                                    CIVIL ACTION NO. 2:20-cv-00529

OVERCASH PIPELINE, LLC, et al.
                Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiffs and their counsel(s), hereby give notice that the above captioned action is voluntarily

dismissed, without prejudice, against the Defendants.


Date: October 22, 2021



  /s/Roger D. Williams_____
Roger D. Williams (W.Va. Bar No. 4052)
Williams Law Office pllc
P. O. Box 11583
Charleston, WV 25339
(304) 720-2434
roger@rogerwilliamslaw.com